■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN M. HARTY, Appellant. [825 NYS2d 652]—Appeal from an order of the Yates County Court (W. Patrick Falvey, J.), entered March 17, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.